MERRILL H. ROSS, an Infant, by PAUL L. ROSS, Respondent, v. PARMELEE

SYSTEM, INC., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and ·disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.